In the matter of the petition of Martin Dunn, Jr., to disbar a member of the bar.

PER CURIAM, Report of the referee confirmed, and charges dismissed. See 50 N. Y. Supp. 163.

In re DUNN. (Supreme Court, Appellate Division, Third Department. January, 1898.) In the matter of the petition of Martin Dunn, Jr. No opinion. Franklin M. Danaher is appointed referee to hear and determine upon the charges contained in the petition; and O. F. Cantine, district attorney of Ulster county, is appointed, pursuant to section 68 of the Code of Civil Procedure, to conduct the prosecution thereof. See 50 N. Y. Supp. 163.

DURYEA, Appellant, v. GRAY, Respondent. (Supreme Court, Appellate Division, First Department. May 6, 1898.) Action by Charles H. Duryea against Byron Gray. A. R. Bunnell, for appellant. W. J. Groo, for respondent. No opinion. Judgment affirmed, with costs.

EAGAN et al., Plaintiffs, v. SCULLY, Respondent (GALVIN et al., Appellants). (Supreme Court, Appellate Division, Third Department. January, 1898.) Action by Mary Eagan and William Eagan, Jr., infants, by Martin Eagan, their guardian ad litem, and William Eagan, against Sarah M. Scully, individually and as executrix, etc., of Patrick Scully, deceased, and Richard Lannigan, defendant. Robert Galvin and James Galvin, by guardian ad litem, appeal. No opinion. Order in each appeal modified as stated in memorandum, and, as modified, affirmed, with $10 costs and disbursements on one appeal to appellant. PER CURIAM filed with the clerk; withheld from publication by order of the court. All concur, except LANDON, J., not voting.

ECKERT, Respondent, v. VILAS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by Anthony Eckert against Freeman W. Vilas and others. No opinion. Judgment affirmed, with costs.

ERNST, Respondent, v. MAHON, Appellant. (Supreme Court, Appellate Division, First Department. May 6, 1898.) Action by Morris L. Ernst against Bernard Mahon. S. Untermyer, for appellant. O. W. Hartridge, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re FANNING. (Supreme Court, Appellate Division, Second Department. April 26, 1898.) In the matter of the application of Elbert A. Fanning to continue Second street, in the village of Riverhead. No opinion. Order of the county court confirmed. See 50 N. Y. Supp. 1126.

FARMERS' LOAN & TRUST CO., Respondent, v. POCANTICO WATERWORKS CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 3, 1898.) Action by the Farmers' Loan & Trust Company against the Pocantico Waterworks Company and others. No opinion. Order affirmed, with $10 costs and disbursements. See 47 N. Y. Supp. 72.

FELICE, Appellant, v. BUFFALO, R. & P. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by Vincensina Scrosone Felice, widow of Cosimo Felice, against the Buffalo, Rochester & Pittsburgh Railroad Company. No opinion. Judgment and order affirmed, with costs.

FERNALD v. PROVIDENCE WASHINGTON INS. CO. (Supreme Court, Appellate Division, First Department. April 22, 1898.) Action by George H. Fernald against the Providence Washington Insurance Company. No opinion. Motion denied, with $10 costs. See 50 N. Y. Supp. 838.

FINKEL, Respondent, v. DAVIDSON et al., Appellants. (Supreme Court, Appellate Term. June 6, 1898.) Appeal from Fourth district court. Action by Benjamin Finkel against John Davidson and others. Judgment for plaintiff. Defendants appeal. Reversed. Abraham H. Sarasohn, for appellants. Jacob Rieger, for respondent.

PER CURIAM. We think the justice below had no power to modify the judgment as he did, and for that reason it should be reversed. We also think that the question put to the plaintiff on cross-examination, "Didn't you know as a cloakmaker, from an experience of four years, when a man is hired for a certain time, a writing is given, and, if a writing is not given, he is hired from week to week?" should have been allowed, as it had some bearing upon his credibility in view of the nature of the arrangement with the defendants to which he testified. Judgment reversed, and a new trial ordered, with costs to the appellants to abide the event.

FLEMING, Respondent, v. HARRISON, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by James T. Fleming against Clasissa N. Harrison. No opinion. Judgment affirmed, with costs.

FOGARTY, Appellant, v. LONG ISLAND R. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 10, 1898.) Action by John H. Fogarty, as administrator, etc., of John Henry Fogarty, deceased, against the Long Island Railroad Company and John R. Carpenter. No opinion. Judgment unanimously affirmed, with costs, on authority of Walsh v. Railroad Co., 145 N. Y. 301, 39 N. E. 1068.

FORD, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by Napoleon B. Ford against the New York Central & Hudson River Railroad Company. No opinion. Reargument ordered. Questions stated and filed with clerk.